IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ARTHUR A. GROSSIE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

Case No.  5D23-1984
LT Case No. 2014-CF-01802

Opinion filed July 25, 2023

3.850 Appeal from the Circuit Court
for Brevard County,
Don H. Lester, Judge.

Arthur A. Grossie, Daytona Beach,
pro se.

Ashley Moody, Attorney General, and
Robert Charles Lee, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.  See Fla. R. App. P. 9.315(a).

EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.